IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ROSE JEFFERSON,

        Plaintiff,                   Civil Action No. 4:11-cv-00576-HFS

v.

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff by and through her attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                                            Respectfully submitted,

Dated: September 27, 2011        By: s/ J. Mark Meinhardt
                                            J. Mark Meinhardt, #53501
                                            4707 College Blvd, Suite 100
                                            Leawood, KS 66211
                                            (913) 451-9797 Telephone
                                            (913) 451-6163 Facsimile
                                            meinhardtlaw@sbcglobal.net
                                            **ATTORNEY FOR PLAINTIFF**