# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

---

**ROSE JEFFERSON,**  Civil File No. 4:11-cv-00576-HFS

    **Plaintiff,**

vs.  NOTICE OF DISMISSAL
  WITH PREJUDICE

**ENHANCED RECOVERY COMPANY, LLC,**

    **Defendant.**

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

    Respectfully submitted,

Dated: October 11, 2011  By  /s/J. Mark Meinhardt
  J. Mark Meinhardt, #53501
  4707 College Boulevard, Suite 100
  Leawood, KS 66211
  (913) 451-9797
  (913) 451-6163 (fax)
  ATTORNEY FOR PLAINTIFF