IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROSE JEFFERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 11-0576-CV-W-HFS |
| ENHANCED RECOVERY COMPANY, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

The Court, being advised that plaintiff Rose Jefferson has filed a notice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure to voluntarily dismiss her action against defendant Enhanced Recovery Company, LLC, hereby ORDERS that the action is DISMISSED with prejudice, with each party to bear its own costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October  12 , 2011

Kansas City, Missouri